```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JANINE G. BURROWS,               :

    Plaintiff,                   :

vs.                              :
                                       CIVIL ACTION 08-0012-M

MICHAEL J. ASTRUE,               :
Commissioner of
Social Security,                 :

    Defendant.                   :


<u>JUDGMENT</u>

    It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Janine G. Burrows

    DONE this 5th day of January, 2009.

                                            <u>s/BERT W. MILLING, JR.</u>
                                            UNITED STATES MAGISTRATE JUDGE